UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ERIC WADE CLARK,

                         Petitioner,                **ORDER**

          -against-                          22 Civ. 6635 (KMK) (AEK)

THE STATE OF NEW YORK, *et al.,*

                        Respondents.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court received emails on April 17, 2023 at 5:02 a.m. and 11:12 a.m. that purport to be from the Petitioner.  In accordance with this Court's order of April 11, 2023, *see* ECF No. 14, however, these April 17, 2023 emails will NOT be docketed or reviewed by the Court in connection with the petition for a writ of habeas corpus in this matter.  If Petitioner is seeking to file any supplemental materials, he must do one of two things:

    (1) As set forth in the Court's April 11, 2023 order, Petitioner may submit materials via U.S. Mail to the Clerk's Office, Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601.

    (2) Alternatively, the U.S. District Court for the Southern District of New York is *temporarily* accepting filings via email from *pro se* parties without electronic filing privileges.  Instructions for how to submit such filings via email can be found here: https://www.nysd.uscourts.gov/sites/default/files/pdf/covid-19/Notice%20-%20Pro%20Se%20Email.pdf.  As set forth in the notice, filings may be sent via email to Temporary_Pro_Se_Filing@nysd.uscourts.gov, in accordance with the procedures specified.  Because this authorization is described as *temporary*, it is possible that

Petitioner will not be able to use this alternative method of submission during the

entire pendency of this case.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *Pro Se*

Petitioner at his address of record on the docket.

Dated: April 17, 2023
       White Plains, New York

                                        **SO ORDERED.**

                                        _____
                                        ANDREW E. KRAUSE
                                        United States Magistrate Judge

2