UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ERIC WADE CLARK,

                       Petitioner,                          **ORDER**

      -against-                                 22 Civ. 6635 (KMK) (AEK)

THE STATE OF NEW YORK, *et al.*,

                       Respondents.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      On July 14, 2023, *Pro Se* Petitioner again sent an email with attachments directly to the undersigned's chambers email address, rather than emailing his submission to the temporary *pro se* filing email address—temporary_pro_se_filing@sdny.uscourts.gov—as directed by the Court in its previous Order. *See* ECF No. 16. Petitioner is once again advised that any filings he would like to have considered by the Court must be emailed **only** to the temporary *pro se* filing email address, **not** to the undersigned's chambers email address. **The Court will disregard today's email submission, including the attachments, and will disregard any future submissions sent to the undersigned's chambers email address.**

      In addition, Petitioner continues to contact chambers via telephone to inquire about his email submissions and otherwise discuss his case with chambers staff. As a general matter, any submissions that have been emailed to the temporary *pro se* filing email address are filed and posted to the docket, and the Court is notified of such filings. In addition, in this and every case that is pending before the Court, it is not appropriate for a party or a party's counsel to contact the Court via telephone to discuss the case outside the presence of the other party. **Petitioner is**

**therefore directed to stop telephoning the undersigned's chambers with inquiries regarding his filings or to discuss his case.**

The Court will address the merits of Petitioner's habeas petition in due course, but certainly not before Respondents have had an opportunity to file their responsive papers. In the meantime, if Petitioner would like to communicate with the Court, he must do so by letter, emailed to the temporary *pro se* filing email address.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *Pro Se* Petitioner at his address of record on the docket.

Dated: July 14, 2023
      White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge