UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ERIC WADE CLARK,

                     Petitioner,                      **ORDER**

       -against-                           22 Civ. 6635 (KMK) (AEK)

THE STATE OF NEW YORK, *et al.*,

                    Respondents.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

    On September 5, 2023, Respondents filed their response to Petitioner's petition for a writ of habeas corpus. ECF Nos. 32-33. Petitioner's reply, if any, is due by September 28, 2023. In the event that Petitioner chooses to submit a reply, he is directed to specifically address the arguments raised by Respondents in their memorandum of law at ECF No. 33-1.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Petitioner at his address of record on the docket.

Dated: September 6, 2023
       White Plains, New York

                                                     **SO ORDERED.**

                                                     _____
                                                     ANDREW E. KRAUSE
                                                     United States Magistrate Judge