UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC WADE CLARK,

                Petitioner,

v.

THE STATE OF NEW YORK, ET AL.,

                Respondent.

No. 22-CV-6635 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    Unless otherwise instructed, Petitioner is directed to contact chambers only through written communications filed on the docket.

SO ORDERED.

DATED:    November 13, 2023
                White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE