UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ERIC WADE CLARK,

                Petitioner,                22 **CIVIL** 6635 (KMK)(AEK)

    -against-                          **JUDGMENT**

THE STATE OF NEW YORK, ET AL.,

                Respondents.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 30, 2024, it is hereby ORDERED that the Report and Recommendation, dated August 5, 2024, is ADOPTED in its entirety and that the Petition is DISMISSED. Additionally, because Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue, see 28 U.S.C. § 2253(c)(2); Small v. Orange Cnty. Ct., Prosecutors Off., No. 18-CV-2716, 2020 WL 1082710, at *2 (S.D.N.Y. Mar. 5, 2020) (citing Lucidore v. N.Y. State Div. of Parole, 209 F.3d 107, 111-12 (2d Cir. 2000)), and the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, Whitted v. Stallone, No. 11-CV-7569, 2016 WL 1268278, at *1 (S.D.N.Y. Mar. 30, 2016) (citing Coppedge v. United States, 369 U.S. 438, 445 (1962)); accordingly, the case is closed.

**Dated:**  New York, New York
           August 30, 2024

                                                                  DANIEL ORTIZ
                                                                  Acting Clerk of Court

                                                  **BY:**  _____
                                                                        Deputy Clerk